X FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 0 9 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1  WO

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7              FOR THE DISTRICT OF ARIZONA

8

9  United States of America,        )    CR-09-00737-056-PHX-NVW
                                     )
10          Plaintiff,               )
                                     )
11 vs.                               )
                                     )
12 Elayna Shaun Standing Elk,        )        **ORDER**
                                     )
13          Defendant.               )
                                     )
14 _____)

15

16        A pretrial revocation hearing on the Petition for Revocation of Pretrial Release was

17 held on November 6, 2009.

18        **THE COURT FINDS** that the Defendant knowingly, intelligently, and voluntarily

19 waives her right to a revocation hearing pursuant to Title 18, U.S.C. § 3148.

20        **THE COURT FURTHER FINDS** that by clear and convincing evidence that the

21 Defendant has violated the terms and conditions of her release.

22        **THE COURT FURTHER FINDS** that Defendant is unlikely to abide by release

23 conditions that would reasonably assure her appearance at future court proceedings and

24 ensure the safety of the community.

25

26

27

28

1 **IT IS ORDERED** that Defendant shall be detained until further order of the assigned

2 District Judge.

3

4 DATED this 9th day of November, 2009.

5

6

7 Lawrence O. Anderson
United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28